UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

| | | |
|---|---|---|
| THE PROGRESSIVE CORPORATION | ) | MDL Docket No: 1519 |
| INSURANCE UNDERWRITING & | ) | Consolidated Cases: |
| RATING PRACTICES LITIGATION | ) | (No. 1:00-210; No. 5:02-2384) |
| | | (No. 3:01-1465; No. 3:02-2552) |

NOTICE OF FILING

Plaintiffs hereby give notice of filing the attached Amendment to Settlement Agreement.

Dated this 6th day of August, 2004.

Respectfully submitted,

JAMES, HOYER, NEWCOMER &
 SMILJANICH, P.A.

/ S/ TERRY A. SMILJANICH
Terry A. Smiljanich
Florida Bar No. 145359
Kathleen Clark Ford
Florida Bar No. 047120
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609-2589
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: THE PROGRESSIVE CORPORATION ) <br> INSURANCE UNDERWRITING AND ) <br> RATING PRACTICES LITIGATION ) | MDL Docket No. 1519 <br> Consolidated Cases: No. 1:00-210; No. 5:02-2384; No. 3:01-1465; <br> No. 3:02-2552; No. 3:03-1176. <br> Judge: Maurice Paul |

## AMENDMENT TO SETTLEMENT AGREEMENT

Counsel for Plaintiffs and Progressive (collectively, the "Parties") have mutually entered into a Settlement Agreement, dated July 23, 2004, (hereinafter "Settlement Agreement") for the settlement of all claims asserted by the Plaintiffs in the Consolidated Cases (as defined in the Agreement) and comprising the above-captioned multidistrict litigation on the terms set forth in the Settlement Agreement. The Parties hereby amend said Settlement Agreement by adding the following additional section:

### XII. INCENTIVE AWARDS TO CLASS REPRESENTATIVES

The Parties further agree that in recognition of the efforts of the named class representatives herein, Cathryn Smith, Margaret Jones, Laura Sprague, Sharele Dikeman, Michael Whitman, Paul K. Cooley, Timothy James Carlson, and Gloria Warren (hereinafter "Class Representatives") in achieving the comprehensive settlement results obtained in this multidistrict matter, and with regard to some of said Class Representatives, efforts expended in reviewing records, responding to written discovery, and testifying at depositions, it is fair and appropriate that a modest incentive award be paid by Progressive to each Class Representative in the amount of $500.00 per person. Progressive hereby agrees to pay to each of said Class Representatives the sum of $500.00 within 30 days of the Settlement Effective Date, as set forth in the Settlement Agreement.

SIGNED THIS 6th DAY OF August, 2004

Counsel for Plaintiffs

By: _____

Counsel for Defendants

By: _____