UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

| | | |
|---|---|---|
| THE PROGRESSIVE CORPORATION | ) | MDL Docket No. 1519 |
| INSURANCE UNDERWRITING | ) | Consolidated Cases: |
| AND RATING PRACTICES LITIGATION | ) | No. 1:00cv0210; No. 5:02cv2384; |
| | | No. 3:01cv1465; No. 3:03cv0302; |
| | | No. 3:02cv2552; No. 3:03cv1176; |
| | | No. 4:05cv1647; No. 2:05cv1900; |
| | | And No. 1:05cv0150. |
| | | Judge: Maurice Paul |

**FIRST AMENDMENT TO AMENDED SETTLEMENT AGREEMENT**

Plaintiffs and Defendants amend the "Amended Settlement Agreement," filed with the Court on March 20, 2006, by substituting the following provision in place of Section V.A. of said agreement:

**A.     Practice Change**

As of the Notice Cutoff Date, Progressive Defendants instituted new procedures in all states where Policies are issued. The new procedures provide for Adverse Action Notices to be provided to all persons who were the subjects of adverse action as defined by 15 USC § 1681(k)(1)(B)(i). Such notices affirmatively inform recipients that they have been subject to adverse action as a result of an adverse credit report and contain such additional information as is required by the FCRA. Progressive Defendants will continue to provide such notices unless and until they are expressly relieved of such obligation, either by amendment to applicable statutes or by decision of a court of competent jurisdiction. Progressive Defendants further agree that henceforth they shall provide an Adverse Action Notice to all New Policyholders who would have received a lower premium rate but for information obtained in a Consumer Report.  It is agreed and understood between the parties that the New Adverse Action Procedures used by Progressive are subject to change from time to time provided that, any changes to the New Adverse Action Procedures comply with applicable state and federal law. Progressive acknowledges, however, that as long as the FCRA or federal law requires it, any changes in Adverse Action Procedures used by Progressive shall always provide for Adverse Action Notices to all New Policyholders who would have received a lower premium rate but for information obtained in a Consumer Report, and that any changes in such procedures shall comply with all applicable statutes regulating the use of Consumer Reports in setting insurance premiums.

Defendants have authorized undersigned counsel to present this amendment to the Court as the agreement of the parties.

/s/ Terry A. Smiljanich
Florida Bar No. 145359
JAMES HOYER NEWCOMER.&
SMILJANICH, PA
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
Lead Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was electronically via ECF and was mailed via U.S. Postal Service, this 29th day of March, 2006 on the following:

Barry Richard
Fred Harris
Greenberg Traurig, P.A.
101 East College Avenue
P.O. Drawer 1838
Tallahassee, FL 32302

**Counsel for Defendants**

| | |
|---|---|
| Steve D. Larson | Earl Underwood |
| Stoll, Stoll, Berne, Lokting & Shlachter,P.C | Earl Underwood, Attorney at Law |
| 209 S.W. Oak Street, Suite 500 | 21 So. Section Street |
| Portland, OR   97204 | Fairhope, AL   36532 |
| | |
| Charles Ringo | David A. Szwak, |
| 4085 SW 109th Ave. | Bodenheimer, Jones,Szwak & |
| Beaverton, Oregon 97005 | Winchell,LLP, |
| | 401 Market Street, Suite 240 |
| **Counsel for Dikeman, Whitman and Lulow** | Shreveport, LA 71101 |
| | **Counsel for Cooley, Carlson and Warren** |

2

Mitchell A. Toups
Weller, Green, Toups & Terrell LLP
P.O. Box 350
Beaumont, TX 77704

Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010

Jeffrey D. Meyer
Cynthia R. Levin Moulton
Moulton & Meyer LLP
600 Travis Street Suite 6700
Houston, TX 77002

**Counsel for Seth Silverman**

Dawn Adams Wheelahan
17 Woodstone Square
Austin, TX 78703

**Counsel for Ruby Johnson**

N. Albert Bacharach, Jr.
115 NE 6th Avenue
Gainesville, FL 32601

Edward W. Cochran
Cochran & Cochran
20030 Marchmont Rd.
Shaker Heights, OH 44120

Frank H. Tomlinson
Pritchard McCall & Jones, LLC
505 N. 20th Street, Suite 800
Birmingham, AL 35203

Paul S. Rothstein
Attorney Paul S. Rothstein
626 North East First Street
Gainesville, FL 32601

Robert W. Bishop
Bishop & Associates, PSC
6520 Glenridge Park, Suite 6
Louisville, KY 40222

**Counsel for Dunmore, Martin, Birnsesser, Pekoc, Fetcher**

John J. Pentz
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA 01754

**Counsel for Thomas and Marylin Bell**

Kearney D. Hutsler
The Overlook Building, Suite 250
3620 8th Avenue South
Birmingham, AL 35222
**Counsel for Objector Napoleon Davis**

/s/   Terry A. Smiljanich