IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE: THE PROGRESSIVE
INSURANCE CORPORATION
UNDERWRITING AND RATING
PRACTICES LITIGATION

CASE NO. 1:03-cv-01519-MP-AK

**O R D E R**

On Thursday, March 30, 2006, the court, at the request of the parties, conducted a pre-fairness hearing on the proposed amended settlement agreement submitted by the parties, Doc. 193. The plaintiffs, defendants, and objectors were all given an opportunity to discuss the proposal. In light of the arguments made by the parties, the court concludes that a sufficient basis exists for this matter to move forward with the settlement proceedings. Thus, a time should be set to provide all parties the opportunity to make a full and complete presentation as to the merits, or lack thereof, of the proposed amended settlement agreement.

Accordingly, following the requisite submissions by the parties, an order of preliminary approval will be entered and a hearing date will be set for when the parties, and any objectors, may be fully heard on the issue of the proposed amended settlement. If the parties or objectors believe that one full court day is insufficient time for all parties to be heard, they should contact the court's Deputy Clerk or law clerk.

Additionally, as stated in open court, the Motion to Amend Case Management Order, Doc. 205, is denied without oral argument.

**DONE AND ORDERED** this   *30th* day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
