IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE: THE PROGRESSIVE
INSURANCE CORPORATION
UNDERWRITING AND RATING
PRACTICES LITIGATION

CASE NO. 1:03-cv-01519 MMP

**FINAL JUDGMENT**

**THIS CAUSE** came before the Court upon Consolidated Plaintiffs' Motion for Final Approval of Amended Settlement and For Final Judgment (the "Motion").[1]

By Order dated January 3, 2007, the Court approved and adopted the Parties' Amended Settlement Agreement, dismissed the Consolidated Cases with prejudice and directed entry of this Final Judgment; based upon the foregoing it is hereby

**ORDERED and ADJUDGED** as follows:

1. Pursuant to Fed.R. Civ.P. 54(b), Final Judgment as to all claims in this multidistrict litigation (consisting of the Consolidated Cases) is entered in favor of the Plaintiffs and against the Defendants The Progressive Corporation, Progressive Casualty Insurance Company, Progressive Specialty Insurance Company, Progressive Classic Insurance Company, Progressive Halcyon Insurance Company, Progressive Universal Insurance Company of Illinois, Mountain Laurel Assurance Company, National Continental Insurance Company, Progressive Hawaii Insurance Corporation, Progressive American Insurance Company, Progressive Bayside Insurance Company,

---

[1] The definitions for all previously defined capitalized terms are herein incorporated by reference.

Progressive Mountain Insurance Company, Progressive Northeastern Insurance Company, United Financial Casualty Company, Progressive Gulf Insurance Company, Progressive Home Insurance Company, Specialty Risk Insurance Company, Progressive Max Insurance Company, Progressive Consumers Insurance Company, Progressive West Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Preferred Insurance Company, Progressive Paloverde Insurance Company, Progressive Express Insurance Company, Progressive Premier Insurance Company of Illinois, Progressive Southeastern Insurance Company, Progressive County Mutual Insurance Company, Progressive Michigan Insurance Company, Progressive Marathon Insurance Company, and Progressive Security Insurance Company (also collectively referred to as "Progressive").

2. There being no just cause to delay appeal of all matters resolved in this multidistrict litigation (consisting of the Consolidated Cases), let Final Judgment be entered in accordance with the above; and

3. In accordance with J.P.M.L. Rule 7.6, the Clerk of this Court shall transmit a copy of this Final Judgment and Order to the Clerk of the Judicial Panel on Multidistrict Litigation.

**DONE AND ORDERED** this ___3rd___ day of January, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge